PROB 12
(Rev. 11/04)

# United States District Court
for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Adilson Reyes                                    Docket No.:   5:18-CR-00250-MCS-2

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Adilson Reyes</u> who was placed on supervision by the Honorable <u>CORMAC J. CARNEY</u> sitting in the Court at <u>Santa Ana</u>, <u>CA</u>, on the <u>29th</u> day of <u>April</u>, <u>2024</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Adilson Reyes before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
| Considered and ordered this  16th  day of  January , 20 26  and ordered filed and made a part of the records in the above case. | |
| | Executed on January 6, 2026 |
| *Mark C. Scarsi* (signature) | |
| Mark C. Scarsi | /S/ ALAN BARAHONA |
| United States District Judge | U. S. Probation & Pretrial Services Officer |
| | Place:   Woodland Hills, California |

U.S.A.   VS   Adilson Reyes
Docket No   5:18-CR-00250-CJC-2

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or before October 28, 2025, Adilson Reyes used cocaine, as evidenced by initial laboratory analysis of his urine sample and the offender's admission of use of that substance.

2. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or before November 3, 2025, November 10, 2025, and November 17, 2025, Adilson Reyes used cocaine, as evidenced by initial laboratory analysis of his urine sample and the offender's admission of use of that substance.

3. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, on or before December 3, 2025, December 12, 2025, and December 18, 2025, Adilson Reyes used cocaine, as evidenced by initial laboratory analysis of his urine sample and the offender's admission of use of that substance.

4. Having been ordered by the Court to participate in a program for substance abuse approved by the Probation Officer, on or about November 7, 2025, Adilson Reyes failed to report for treatment services.

5. Having been ordered by the Court to report to the Probation Officer as directed and to follow the instructions of the Probation Officer, and having been instructed by the Probation Officer to report in person on December 29, 2025, at the U. S. Probation Office, Adilson Reyes failed to report as directed.